UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IMAN AL SAHLI, et al.,

                Plaintiffs,

v.

JAMES FLETCHER, et al.,

                Defendants.

CASE NO. C17-767 RSM

ORDER GRANTING STIPULATED MOTION FOR AN EXTENSION

    This matter comes before the Court on a joint stipulation from the parties requesting the Court extend the deadline for Defendants' answer to on or before September 5, 2017. Dkt. #8. The Court finds that good cause exists for the extension because the parties are in the process of resolving this matter cooperatively, and extending the deadline will conserve resources of the parties and the Court.

    The parties having so stipulated, IT IS ORDERED that defendants' deadline to answer or otherwise respond to the Complaint is extended to September 5, 2017.

    DATED this 31st day of August, 2017.

                                RICARDO S. MARTINEZ
                                CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
FOR AN EXTENSION - 1